

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00354-CV

PEDRO VERA, APPELLANT

V.

GARY MALCIK, APPELLEE

On Appeal from the County Court
Falls County, Texas[1]
Trial Court No. C-1089, Honorable Jay T. Elliott, Presiding

November 12, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant, Pedro Vera, filed a notice of appeal without paying the requisite filing fee. By letter of October 14, 2019, the Clerk of this Court notified Vera that unless he was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay

---

[1] Originally appealed to the Tenth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).

the filing fee by October 24 would result in dismissal of the appeal. To date, Vera has not paid the filing fee or sought leave to proceed without payment of court costs.

Because Vera failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. TEX. R. APP. P. 42.3(c).

Per Curiam